UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | CASE NO.: CR 219-58 |
| v. | * | |
| | * | |
| DERRICK MORRIS, | * | |
|     Defendant | * | |

# WITHDRAWAL OF DEFENDANT'S MOTION TO PRESERVE EVIDENCE FOR INDEPENDENT LAB ANALYSIS AND MEMORANDUM OF LAW

COMES NOW, the Defendant, DERRICK MORRIS, in the above-styled case, by and through his counsel, and withdraws his previously filed motion. All discovery issues have been resolved.

This the 3rd day of March, 2020.

                                              /s/ J. Wrix McIlvaine
                                              James Wrixam McIlvaine
                                              Attorney for Morris
                                              State Bar No.: 436879

WILLIAMS LITIGATION GROUP
1709 Reynolds Street
Brunswick, Georgia 31520
(912) 208-3721